UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Reuben J. Garcia,

Plaintiff,

vs.

City of New Hope; and Officer Kaitlyn Baker, Officer Anthony Gust, Officer Adam Johnson, and Officer Nadine Jacobs, all in their individual and official capacities,

Defendants.

Court File No.

---

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1446(a)**

---

TO: The United States District Court for the District of Minnesota.

Defendants, through their attorneys, Jason M. Hiveley, IVERSON REUVERS CONDON, 9321 Ensign Avenue South, Bloomington, Minnesota, 55438, hereby petitions the Court for the removal of this action from the District Court of the State of Minnesota, County of Hennepin, to the United States District Court for the District of Minnesota, all pursuant to 28 U.S.C. § 1441 and § 1446. The petitioner respectfully shows and asserts to this honorable court:

1. That defendants in the above entitled action are the defendants in a civil action brought against them in the District Court for the State of Minnesota,

County of Hennepin, in a case entitled *Reuben J. Garcia, Plaintiff, vs. City of New Hope; and Officer Kaitlyn Baker, Officer Anthony Gust, Officer Adam Johnson, and Officer Nadine Jacobs, all in their individual and official capacities, Defendants.* Attached hereto is a true copy of Plaintiff's Complaint.

2. Service of the Complaint was acknowledged by counsel for Defendants on August 4, 2017.

3. Attached hereto is a true and accurate copy of the Answer to the Complaint served and filed by Defendants on August 4, 2017.

4. Defendants believe Plaintiff has purported to assert a cause of action under federal statute 42 U.S.C. § 1983, asserting various civil rights allegations.

5. The above-entitled action could have been brought originally in Federal Court because of the federal questions which have been asserted under the original jurisdiction statute 28 U.S.C. § 1331.

6. The matter in controversy between the Plaintiff and the Defendants allegedly exceeds the sum of $ (unknown), exclusive of interest and costs.

7. That contemporaneous with the filing of this notice, further notice is given to counsel for the Plaintiff and to the Court Administrator, County of Hennepin, State of Minnesota, pursuant to 28 U.S.C. § 1446(d).

8. It is respectfully submitted that removal of this action is proper and that this Court has jurisdiction to adjudicate the dispute between the parties in this case.

**WHEREFORE,** your petitioner moves that this cause proceed in this Court, the United States District Court for the District of Minnesota, as an action properly removed thereto.

IVERSON REUVERS CONDON

Dated: August 4, 2017

By /s Jason M. Hiveley

Jason M. Hiveley, #311546
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@irc-law.com

## VERIFICATION

STATE OF MINNESOTA)
:ss
COUNTY OF HENNEPIN)

Jason M. Hiveley, being first duly sworn upon oath, deposes and states: that he is the attorney for the above named defendants in the foregoing action, that he has read the foregoing notice and knows the contents thereof, and that the same is true of his own knowledge, except as to matters stated on information and belief and as to those matters, he believes them to be true. Jason M. Hiveley states that he has read Rule 11 of the Federal Rules of Civil Procedure and that this Notice of Removal is signed pursuant to said Rule 11.

By s/Jason M. Hiveley
Jason M. Hiveley, #311546

Subscribed and sworn to before
me this 4th day of August, 2017.

s/Rebecca J. Eitreim
Notary Public
(STAMP AND/OR SEAL)