STATE OF MINNESOTA — DISTRICT COURT

COUNTY OF HENNEPIN — FOURTH JUDICIAL DISTRICT

---

Reuben J. Garcia,

Plaintiff,

vs.

City of New Hope; and Officer Kaitlyn Baker, Officer Anthony Gust, Officer Adam Johnson, and Officer Nadine Jacobs, all in their individual and official capacities,

Defendants.

Court File No.

---

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1446(d)**

---

YOU ARE HEREBY NOTIFIED that defendants have filed in the United States District Court for the District of Minnesota, Fourth Division, a Notice of Removal (pursuant to 28 U.S.C. § 1446(a)) of the above entitled action which was commenced in the District Court of Hennepin County, Minnesota, from said state court to the United States District Court, District of Minnesota, Fourth Division.

TAKE FURTHER NOTICE that a Notice of Removal Pursuant to 28 U.S.C. 1446 (d) will be e-filed with the United States District Court for the District of Minnesota, on August 4, 2017.

IVERSON REUVERS CONDON

Dated: August 4, 2017

By /s Jason M. Hiveley
Jason M. Hiveley, #311546
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@irc-law.com