**Eitreim, Rebecca**

| | |
|---|---|
| **From:** | efilingmail@tylerhost.net |
| **Sent:** | Friday, August 04, 2017 2:34 PM |
| **To:** | Eitreim, Rebecca |
| **Subject:** | EFILING SUBMITTED Case 6209880 |

# MINNESOTA JUDICIAL BRANCH

**This message was automatically generated. Do not reply to this e-mail.**

Your submission in case 6209880, has been successfully submitted.

Envelope Number: 6209880
Filing Code: Notice of Removal to Federal Court
Filing Type: EFile
Filing Description: Notice of Removal to Federal Court
Date Submitted: 8/4/2017 2:33 PM CST

---

Minnesota Judicial Branch Disclaimer: This is an official government communication. As the recipient, you are responsible for the lawful use of this information. This e-mail and any attachments are intended solely for the individual or agency to which they are addressed. They may be confidential and/or contain privileged or otherwise non-public information. Do not disseminate this e-mail and any attachments unless you are authorized to do so under applicable court rules or statutes. If you are not the intended recipient of this e-mail, do not copy, distribute, or take any action in reliance upon this e-mail or any attachments and delete this e-mail and any attachments immediately. If you received this e-mail in error, please notify us immediately at 1-800-297-5377. Thank you. Please consider the environment before printing this e-mail.